IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAMERON CORBIN,<br><br>　　　　　Defendant. | CASE NO. 1:17-CR-00241<br><br>ORDER ON RELEASE PENDING VIOLATION OF SUPERVISED RELEASE |

IT IS HEREBY ORDERED that the defendant CAMERON CORBIN is released on his own recognizance pending his violation of supervised release. As a condition of his release, he is to report to the Salvation Army by 8:00 AM on July 30, 2024, with the following conditions:

1. "You must participate in an inpatient substance abuse/alcohol abuse treatment program and follow the rules and regulations of that program, for a period of up to 180 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary. The probation officer, in consultation with the treatment provider, will supervise your participation in the program."

2. "All previously ordered conditions are in full force and effect."

**IT IS SO ORDERED.**

Dated: July 29, 2024

　　　　　　　　　　　　　　　　　　　　　　SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge