HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CAMERON CORBIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON CORBIN,<br><br>Defendant. | Case No.  1:17-cr-00241-LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for defendant Cameron Corbin, that the status conference on September 4, 2024, be continued to September 17, 2024.

This matter is currently scheduled for a status conference on September 4, 2024. ECF #41. Counsel for the United States and defendant Corbin have agreed that further time is necessary for defense investigation, review of discovery, and potential plea negotiations. The parties have therefore agreed to stipulate to a continuance of the status conference.

//

//

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 30, 2024          */s/ Jeffrey Spivak*
                               JEFFREY SPIVAK
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender

Date: August 30, 2024          */s/ Laura Myers*
                               LAURA MYERS
                               Assistant Federal Defender
                               Attorney for Defendant
                               CAMERON CORBIN


## **O R D E R**

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys, that the status conference currently set for September 4, 2024, be continued to **September 17, 2024, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.


IT IS SO ORDERED.

Dated:   **August 30, 2024**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE